

OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. IGCS 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

TODD ROKITA
ATTORNEY GENERAL

July 28, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

    Re:    Notice of Argument Availability in *Rose v. Kennedy,* No. 24-5172

Dear Mr. Cislak:

    Lead counsel for Intervenor-Appellant Indiana Family and Social Services Administration will be unavailable for oral argument on August 25–29, 2025, September 2, 2025, October 3, 2025, and October 6, 2025, due to prescheduled travel, and will be unavailable on October 30, 2025, due to another court appearance. Counsel respectfully requests that oral argument not be scheduled on those dates.

    Thank you very much for your consideration.

                                            Sincerely,

                                            /s/ James A. Barta
                                            James A. Barta

cc: All counsel of record (by CM/ECF)